CHESTER C. HEINEKEN, *Appellant*, V. BENTON TOWN-
SHIP, *Appellee*.

No. 17,024.

HEADNOTE BY THE REPORTER.

HIGHWAYS—*Injury to Traveler—Amount of Award.* In an ac-
tion for injuries from a defective highway the plaintiff re-
covered, but appealed upon the ground that the amount
awarded was inadequate; the verdict held not to be incon-
sistent with the facts found, and not to show passion or
prejudice.

Appeal from Atchison district court. Opinion filed
May 6, 1911. Affirmed.

*J. L. Berry*, and *B. F. Hudson*, for the appellant.
*Waggener & Challiss*, for the appellee.

*Per Curiam:* The explanation of the verdict of the
jury is that the jurors did not credit considerable por-
tions of the plaintiff's testimony and consequently did
not believe that his claimed physical disabilities resulted
from his fall. Of course the township should not pay
for bad health or for doctor's bills which were not oc-
casioned through its fault. The verdict is not for
nominal damages but is for all the substantial damages
for which the township is liable. In view of the in-
credibility of material parts of the plaintiff's story the
verdict does not indicate passion or prejudice and it is
not inconsistent with the special findings. The jury
found specially all the facts essential to liability and
actually held the township to be at fault. Therefore
whatever the instructions relating to the conditions
upon which liability would attach no prejudice re-
sulted to the plaintiff. In finding for the plaintiff the
jury necessarily found that he was not negligent and so
it makes no difference where the burden of proof re-
specting contributory negligence was placed.

The judgment is affirmed.